**Reginald B. McFADDEN, Petitioner,**

v.

**DEPARTMENT OF The TREASURY, Respondent.**

No. 2006–3349.

United States Court of Appeals, Federal Circuit.

Oct. 31, 2006.

Reginald B. McFadden, pro se.

### ORDER

Order Vacated, *See* 2006 WL 3333484.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Kamal DIAS, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2006–3309.

United States Court of Appeals, Federal Circuit.

Oct. 31, 2006.

### ORDER

Order Vacated, *See* 2006 WL 3922785.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.